706 A.2d 813

Louis MICHENS–THOMAS, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, and William F. Ward, Chairman, Appellees.

No. 055 Eastern District Appeal Docket 1997.

Supreme Court of Pennsylvania.

Jan. 15, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 15th day of January, 1998, the direct appeal is quashed.